IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 5:13-CR- 60 - CAR |
| : | VIOLATION: |
| ARTHUR GERALD REID : | 18 U.S.C. § 2251(a) and (e) |
| : | 18 U.S.C. § 1591(a) |

**THE GRAND JURY CHARGES:**

## INTRODUCTORY ALLEGATIONS

1. Defendant Arthur Gerald Reid, a/k/a "Blue," a/k/a "Boopy" (hereinafter, the "Defendant") recruited, enticed, harbored, provided, and maintained by any means young women to engage in prostitution in motels in Macon, Georgia.

2. "N.B.," "N.T.," and "K.J." were juveniles the Defendant recruited, enticed, harbored, provided and maintained by any means to work as prostitutes.

3. The Grand Jury incorporates by reference and re-alleges these introductory allegations into each count of this Indictment.

## COUNT ONE
(18 U.S.C. §2251(a) and (e) – Production of Child Pornography)

That on or about February 25, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**ARTHUR GERALD REID**

did knowingly employ, use, persuade, induce, entice and coerce any minor, Juvenile #1 N.B., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18,

United States Code, Section 2251(a) and 2251(e).

## COUNT TWO
**(18 U.S.C. §2251(a) and (e) – Production of Child Pornography)**

That on or about February 25, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

### ARTHUR GERALD REID

did knowingly employ, use, persuade, induce, entice and coerce any minor, Juvenile #2 N.T., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT THREE
**(18 U.S.C. §2251(a) and (e) – Production of Child Pornography)**

That on or about February 25, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

### ARTHUR GERALD REID

did knowingly employ, use, persuade, induce, entice and coerce any minor, Juvenile #3 K.J., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT FOUR
### (18 U.S.C. §1591(a) -- Sex Trafficking of Children)

That beginning on or about September 1, 2011 and continuing until on or about July 13, 2013 in the Macon Division of the Middle District of Georgia, the defendant,

## ARTHUR GERALD REID

did knowingly recruit, entice, harbor, provide and maintain by any means Juvenile #1, N.B., in and affecting interstate commerce, knowing and in reckless disregard of the fact that means of force, threats of force or coercion or any combination of such means would be used to cause the person, Juvenile #1, N.B., to engage in a commercial sex act all in violation of Title 18, United States Code, Section 1591(a).

## COUNT FIVE
### (18 U.S.C. §1591(a) -- Sex Trafficking of Children)

That beginning on or about February 16, 2013 and continuing until February 26, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

## ARTHUR GERALD REID

did knowingly recruit, entice, harbor, provide and maintain by any means Juvenile #1, N.B., in and affecting interstate commerce, knowing and in reckless disregard of the fact that means of force, threats of force or coercion or any combination of such means would be used to cause the person, Juvenile #1, N.B., to engage in a commercial sex act all in violation of Title 18, United States Code, Section 1591(a).

## COUNT SIX
### (18 U.S.C. §1591(a) -- Sex Trafficking of Children)

That beginning on or about February 19, 2013 and continuing until February 26, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**ARTHUR GERALD REID**

did knowingly recruit, entice, harbor, provide and maintain by any means Juvenile #2, N.T., in and affecting interstate commerce, knowing and in reckless disregard of the fact that means of force, threats of force or coercion or any combination of such means would be used to cause the person to engage in a commercial sex act all in violation of Title 18, United States Code, Section 1591(a).

## COUNT SEVEN
### (18 U.S.C. §1591(a) -- Sex Trafficking of Children)

That beginning on or about February 19, 2013 and continuing until February 26, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**ARTHUR GERALD REID**

did knowingly recruit, entice, harbor, provide and maintain by any means Juvenile #3, K.J., in and affecting interstate commerce, knowing and in reckless disregard of the fact that means of force, threats of force or coercion or any combination of such means would be used to cause the person to engage in a commercial sex act all in violation of Title 18, United States Code, Section 1591(a).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*[signature: Julia Bowen]*
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of July, AD 2013.

*[signature]*
Deputy Clerk